# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | |
| PARNELL QUINN SHORT <br> USM#51852-074 | Case Number: **2:16-CR-00118-PLR-MCLC(1)** <br><br> **Nikki C Pierce** <br> Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s)   of the term of supervision.

☒ was found in violation of condition(s)   (see page 2) after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

**Continued on next page.**

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. 3553.

☐   The defendant has not violated condition(s)   and is discharged as to such violation(s) condition.

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

January 29, 2020
Date of Imposition of Judgment

*/s/ Pamela L Reeves*
Signature of Judicial Officer

**Pamela L Reeves**, United States District Judge
Name & Title of Judicial Officer

1/29/2020
Date

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| **Mandatory Condition No. 1:** | You must not commit another federal, state, or local crime. | April 2, 2019<br>October 11, 2019 |
| **Mandatory Condition No. 2:** | You must not unlawfully possess a controlled substance. | April 2, 2019<br>October 11, 2019 |
| **Mandatory Condition No. 3:** | You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. | April 2, 2019<br>October 11, 2019 |
| **Standard Condition No. 8:** | You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. | April 2, 2019<br>October 11, 20199 |
| **Special Condition No. 1:** | You must participate in a program of testing and treatment for drug and/or alcohol abuse, -as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. | April 2, 2019 |
| **Standard Condition No. 4:** | You must answer truthfully the questions asked by your probation officer. | October 11, 2019 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **14 months, with no term of supervised release to follow**.

- ☒ The court makes the following recommendations to the Bureau of Prisons:
  Credit for time served from April 9, 2019 through June 26, 2019 and October 28 to entry of this judgment.
  Designation to the BOP federal facility at FCI Atlanta, GA.
  Availability of any half-way house to assist defendant in reincorporating back into society.
- ☒ The defendant is remanded to the custody of the United States Marshal.
- ☐ The defendant shall surrender to the United States Marshal for this district:
  - ☐ at ☐ a.m. ☐ p.m. on
  - ☐ as notified by the United States Marshal.
- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☐ before 2 p.m. on .
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on
    to ,
    at ,
    with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL